**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

In re:

NORTHERN BOULEVARD AUTOMALL, LLC, d/b/a LONG ISLAND CITY VOLKSWAGEN,

                Debtor.

-----------------------------------------------------------------------X

RICHARD J. MCCORD, ESQ., as Chapter 11 Trustee for the Estate of NORTHERN BOULEVARD AUTOMALL, LLC, d/b/a LONG ISLAND CITY VOLKSWAGEN,

                Plaintiff,

    - against -

5615 NORTHERN, LLC, 142 NORTH, LLC, 54 BWAY, LLC, DIO LONG, LLC, 2545 BORDEN, LLC, DIO NORTH, LLC, VALLEY MERRICK, LLC, and SPYRO AVDOULOS,

                Defendants.

-----------------------------------------------------------------------X

5615 NORTHERN, LLC, 142 NORTH, LLC, 54 BWAY, LLC, DIO LONG, LLC, 2545 BORDEN, LLC, DIO NORTH, LLC, VALLEY MERRICK, LLC, and SPYRO AVDOULOS,

                Third-Party Plaintiffs,

    - against -

NIKOLAS LETSIOS a/k/a NICK LETSIOS, MARINA LETSIOS, JANET BEBRY, GEORGE S. PAPANTONIOU, VALLEY AUTO SHOW, LLC, JOHN MARCIANO, RESPECT AUTO QUEENS I, LLC, STEVEN H. LABONTE and LABONTE LAW GROUP PLLC,

                Third-Party Defendants.

-----------------------------------------------------------------------X

Case No: 19-41398-nhl

Chapter 11

Adv. Pro. No. 1-19-01070-nhl

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that NIKOLAS LETSIOS a/k/a NICK LETSIOS, MARINA LETSIOS, JANET BEBRY, Third-Party Defendants, hereby appear, by their attorneys Milman Labuda Law Group PLLC, in the above captioned bankruptcy case under Chapter 11 of the United States Bankruptcy Code as well as the above-captioned Adversary Proceeding, and – pursuant to Rules 2002, 9007 and 9010 of the Bankruptcy Rules and 1109 (b) of the United States Bankruptcy Code – demand that any and all notices given or required to be given in the above captioned case, be given to and served upon the undersigned at the post office address and telephone number set forth below:

> Joseph M. Labuda, Esq.
> Milman Labuda Law Group, PLLC
> 3000 Marcus Avenue, Suite 3W8
> Lake Success, NY 11042
> (516) 328-8899 (office)
> (516) 303-1380 (direct dial)
> (516) 328-8899 (facsimile)
> joe@mllaborlaw.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 1109(b) of the United States Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, *ex parte* or on notice written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telecopier, telegraph, telex or otherwise which affect or seek to affect in any way the Debtor or the property of the Debtor or any rights or interest of the aforementioned party-in-interest with respect to the Debtor or its property.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearance, pleading, claim, or suit shall waive the above-named entity's right to have final orders in non-core matters entered only after *de novo* review by a District Judge; or the right to trial by jury in any proceeding related to this case; or the right to have the District Court withdraw the reference in any matter subject to mandatory of discretionary withdrawal; or to adjudicate rights in other applicable forums, or any other rights, claims, actions, defenses, setoffs, or re-coupments to which these entities are or may be entitled under agreements, in law or in equity, all of which rights are expressly reserved.

Dated: Lake Success, New York
February 4, 2020

/s/ Joseph M. Labuda, Esq.
Joseph M. Labuda, Esq.

To: all parties of record (via ECF).