

90 MERRICK AVENUE, 9TH FLOOR
EAST MEADOW, NY 11554
PHONE: 516.296.7000 • FAX: 516.296.7111
www.certilmanbalin.com

**RICHARD J. MCCORD**
PARTNER
DIRECT DIAL: 516.296.7801
rmccord@certilmanbalin.com

## VIA ELECTRONIC CASE FILING AND EMAIL

November 18, 2020

Angela Howard, Courtroom Deputy
Chambers of the Honorable Nancy Hershey Lord
United States Bankruptcy Judge
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

*Re:*  *Northern Boulevard Automall LLC,*
*Chapter 11*
*Case No.: 19-41348-nhl*

*Northern Boulevard Automall, LLC d/b/a Long Island City Volkswagen v.*
*Northern Broadway Auto, et al. Adv. Pro. No. 19-01045-nhl*

*Richard J. McCord, Esq. Chapter 7 Trustee v. 5615 Northern LLC.,*
*Adversary Proceeding No. 19-01070-nhl*

*Magic Major Auto, Inc. V. Nikolaos Letsios, et al.*
*Adversary Proceeding No. 119-01152-nhl*

Dear Ms. Howard:

This shall confirm that the hearings scheduled for November 19, 2020 at 3:00 p.m. in the above matters have been adjourned, on consent to December 29, 2020 at 2:30 p.m.

If you should have any questions or require additional information, please contact this office. Thank you for your courtesy and assistance in this matter.

Very truly yours,

/s/ Richard J. McCord
RICHARD J. MCCORD

RJM:ccf

cc: Robert K. Gross, Esq. (via email)
Janice Grubin, Esq. (via email)
Alan Stein, Esq. (via email)

CERTILMAN BALIN ADLER & HYMAN, LLP
SUFFOLK OFFICE: HAUPPAUGE, NY 11788

CERTILMANBALIN

Angela Howard, Courtroom Deputy
Chambers of the Honorable Nancy Hershey Lord
November 18, 2020
Page 2

    Emmanuel Kataev, Esq. (via email)
    Joseph Labuda, Esq. (via email)
    Jeffrey A. Wurst, Esq. (via email)
    Spencer A. Richards, Esq. (via email)
    George Sitaras, Esq. (via email)
    Richard Diorio, Esq. (via email)
    Joann Sternheimer, Esq. (via email)