United States Bankruptcy Court
Eastern District of New York

McCord,

    Plaintiff

Adv. Proc. No. 19-01070-nhl

5615 Northern LLC,

    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0207-1 | User: admin | Page 1 of 5 |
| Date Rcvd: Feb 07, 2023 | Form ID: 296 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | + Email/Text: trustee@certilmanbalin.com | Feb 07 2023 18:18:02 | Richard McCord, c/o Certilman Balin Adler & Hyman, LLP, 90 Merrick Avenue, 9th Floor, East Meadow, NY 11554-1500 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Michael Oxenburg | on behalf of 3rd Pty Defendant Labonte Law Group PLLC boxenburg@fkblaw.com |
| Benjamin Michael Oxenburg | on behalf of Cross Defendant Stevan H. Labonte boxenburg@fkblaw.com |
| Benjamin Michael Oxenburg | on behalf of Cross Defendant Labonte Law Group PLLC boxenburg@fkblaw.com |
| Benjamin Michael Oxenburg | on behalf of 3rd Pty Defendant Stevan H. Labonte boxenburg@fkblaw.com |

Emanuel Kataev
on behalf of Cross Defendant Marina Letsios emanuel@mllaborlaw.com

Emanuel Kataev
on behalf of 3rd Pty Defendant Marina Letsios emanuel@mllaborlaw.com

Emanuel Kataev
on behalf of Cross Defendant Nikolaos Letsios emanuel@mllaborlaw.com

Emanuel Kataev
on behalf of 3rd Pty Defendant Nikolaos Letsios emanuel@mllaborlaw.com

Emanuel Kataev
on behalf of 3rd Pty Defendant Janet Bebry emanuel@mllaborlaw.com

Emanuel Kataev
on behalf of Cross Defendant Janet Bebry emanuel@mllaborlaw.com

George Sitaras
on behalf of Defendant Valley Merrick LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of 3rd Party Plaintiff DIO North LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of Defendant DIO North LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of Defendant 54 Bway LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of Cross Defendant Spyro Avdoulos George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of Defendant 142 North LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of Cross Defendant DIO Long LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of 3rd Party Plaintiff Spyro Avdoulos George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of 3rd Party Plaintiff 142 North LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of 3rd Party Plaintiff DIO Long LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of Defendant DIO Long LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of 3rd Party Plaintiff 5615 Northern LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of 3rd Party Plaintiff Valley Merrick LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of Cross Defendant DIO North LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of Defendant Spyro Avdoulos George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of Cross Defendant 142 North LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of Cross Defendant 5615 Northern LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of Defendant 5615 Northern LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of Cross Defendant 54 Bway LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of 3rd Party Plaintiff 2545 Borden LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of Cross Defendant 2545 Borden LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of Defendant 2545 Borden LLC George@GMGSLAW.COM  George@Sitaraslaw.com

George Sitaras
on behalf of 3rd Party Plaintiff 54 Bway LLC George@GMGSLAW.COM  George@Sitaraslaw.com

James Vincequerra
on behalf of Defendant Spyro Avdoulos James.Vincequerra@alston.com  leslie.salcedo@alston.com

James Vincequerra
on behalf of Defendant Valley Merrick LLC James.Vincequerra@alston.com  leslie.salcedo@alston.com

James Vincequerra
on behalf of Defendant 54 Bway LLC James.Vincequerra@alston.com  leslie.salcedo@alston.com

James Vincequerra
on behalf of Defendant 5615 Northern LLC James.Vincequerra@alston.com  leslie.salcedo@alston.com

James Vincequerra
on behalf of Defendant 142 North LLC James.Vincequerra@alston.com  leslie.salcedo@alston.com

James Vincequerra
on behalf of Defendant DIO Long LLC James.Vincequerra@alston.com  leslie.salcedo@alston.com

James Vincequerra
on behalf of Defendant 2545 Borden LLC James.Vincequerra@alston.com  leslie.salcedo@alston.com

James Vincequerra
on behalf of Defendant DIO North LLC James.Vincequerra@alston.com  leslie.salcedo@alston.com

Janice B Grubin
on behalf of 3rd Pty Defendant John Marciano jgrubin@barclaydamon.com
mlangone@barclaydamon.com;docketing@barclaydamon.com

Janice B Grubin
on behalf of 3rd Pty Defendant Respect Auto Queens I  LLC jgrubin@barclaydamon.com,
mlangone@barclaydamon.com;docketing@barclaydamon.com

Janice B Grubin
on behalf of Cross Defendant Respect Auto Queens I  LLC jgrubin@barclaydamon.com,
mlangone@barclaydamon.com;docketing@barclaydamon.com

Janice B Grubin
on behalf of Cross Defendant John Marciano jgrubin@barclaydamon.com
mlangone@barclaydamon.com;docketing@barclaydamon.com

Jeffrey A Wurst
on behalf of Cross-Claimant George S. Papantoniou jwurst@atllp.com  bvogt@atllp.com;jvega@atllp.com

Jeffrey A Wurst
on behalf of 3rd Pty Defendant George S. Papantoniou jwurst@atllp.com  bvogt@atllp.com;jvega@atllp.com

Joann Sternheimer
on behalf of Creditor VW Credit  Inc. c/o Deily & Glastetter, LLP jsternheimer@deilylawfirm.com,
jharriman@deilylawfirm.com;bcooper@deilylawfirm.com;bkecfactivitynotices@deilylawfirm.com

Joseph Martin Labuda
on behalf of Cross Defendant Nikolaos Letsios joe@mmmlaborlaw.com

Joseph Martin Labuda
on behalf of Cross Defendant Marina Letsios joe@mmmlaborlaw.com

Joseph Martin Labuda
on behalf of 3rd Pty Defendant Janet Bebry joe@mmmlaborlaw.com

Joseph Martin Labuda
on behalf of Cross Defendant Janet Bebry joe@mmmlaborlaw.com

Joseph Martin Labuda
on behalf of 3rd Pty Defendant Marina Letsios joe@mmmlaborlaw.com

Joseph Martin Labuda
on behalf of 3rd Pty Defendant Nikolaos Letsios joe@mmmlaborlaw.com

Peter Plevritis
on behalf of Defendant 5615 Northern LLC peter@gmgslaw.com

Peter Plevritis
on behalf of 3rd Party Plaintiff 5615 Northern LLC peter@gmgslaw.com

Peter Plevritis
on behalf of 3rd Party Plaintiff 2545 Borden LLC peter@gmgslaw.com

Peter Plevritis
on behalf of Defendant Spyro Avdoulos peter@gmgslaw.com

Peter Plevritis

on behalf of Defendant 142 North LLC peter@gmgslaw.com

Peter Plevritis

on behalf of Defendant DIO Long LLC peter@gmgslaw.com

Peter Plevritis

on behalf of Cross Defendant 2545 Borden LLC peter@gmgslaw.com

Peter Plevritis

on behalf of Cross Defendant 142 North LLC peter@gmgslaw.com

Peter Plevritis

on behalf of Defendant 54 Bway LLC peter@gmgslaw.com

Peter Plevritis

on behalf of Cross Defendant Valley Merrick LLC peter@gmgslaw.com

Peter Plevritis

on behalf of 3rd Party Plaintiff 54 Bway LLC peter@gmgslaw.com

Peter Plevritis

on behalf of 3rd Party Plaintiff DIO North LLC peter@gmgslaw.com

Peter Plevritis

on behalf of 3rd Party Plaintiff 142 North LLC peter@gmgslaw.com

Peter Plevritis

on behalf of Cross Defendant DIO North LLC peter@gmgslaw.com

Peter Plevritis

on behalf of 3rd Party Plaintiff DIO Long LLC peter@gmgslaw.com

Peter Plevritis

on behalf of 3rd Party Plaintiff Spyro Avdoulos peter@gmgslaw.com

Peter Plevritis

on behalf of Cross Defendant Spyro Avdoulos peter@gmgslaw.com

Peter Plevritis

on behalf of Defendant 2545 Borden LLC peter@gmgslaw.com

Peter Plevritis

on behalf of Defendant DIO North LLC peter@gmgslaw.com

Peter Plevritis

on behalf of Cross Defendant 5615 Northern LLC peter@gmgslaw.com

Peter Plevritis

on behalf of Defendant Valley Merrick LLC peter@gmgslaw.com

Peter Plevritis

on behalf of 3rd Party Plaintiff Valley Merrick LLC peter@gmgslaw.com

Peter Plevritis

on behalf of Cross Defendant DIO Long LLC peter@gmgslaw.com

Peter Plevritis

on behalf of Cross Defendant 54 Bway LLC peter@gmgslaw.com

Richard J McCord

on behalf of Plaintiff Richard McCord rmccord@certilmanbalin.com
afollett@certilmanbalin.com;cfollett@certilmanbalin.com;rnosek@certilmanbalin.com;CBAHECM@gmail.com;mmccord@certil
manbalin.com

Richard S.K. Diorio

on behalf of Defendant Valley Merrick LLC richard@gmgslaw.com

Richard S.K. Diorio

on behalf of Defendant 5615 Northern LLC richard@gmgslaw.com

Richard S.K. Diorio

on behalf of 3rd Party Plaintiff 2545 Borden LLC richard@gmgslaw.com

Richard S.K. Diorio

on behalf of Cross Defendant 5615 Northern LLC richard@gmgslaw.com

Richard S.K. Diorio

on behalf of 3rd Party Plaintiff DIO Long LLC richard@gmgslaw.com

Richard S.K. Diorio

on behalf of Defendant 2545 Borden LLC richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of Defendant 54 Bway LLC richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of Cross Defendant DIO Long LLC richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of Defendant DIO North LLC richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of Defendant DIO Long LLC richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of Cross Defendant Valley Merrick LLC richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of Cross Defendant Spyro Avdoulos richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of Cross Defendant 142 North LLC richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of Cross Defendant DIO North LLC richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of 3rd Party Plaintiff Spyro Avdoulos richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of Cross Defendant 54 Bway LLC richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of Cross Defendant 2545 Borden LLC richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of 3rd Party Plaintiff Valley Merrick LLC richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of Defendant Spyro Avdoulos richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of 3rd Party Plaintiff 142 North LLC richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of 3rd Party Plaintiff 5615 Northern LLC richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of 3rd Party Plaintiff 54 Bway LLC richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of Defendant 142 North LLC richard@gmgslaw.com

Richard S.K. Diorio
    on behalf of 3rd Party Plaintiff DIO North LLC richard@gmgslaw.com

Robert Nosek
    on behalf of Plaintiff Richard McCord rnosek@certilmanbalin.com  afollett@certilmanbalin.com;cfollett@certilmanbalin.com

Spencer Alvin Richards, III
    on behalf of Cross Defendant Labonte Law Group PLLC srichards@fkblaw.com  srichards377@gmail.com

Spencer Alvin Richards, III
    on behalf of 3rd Pty Defendant Stevan H. Labonte srichards@fkblaw.com  srichards377@gmail.com

Spencer Alvin Richards, III
    on behalf of 3rd Pty Defendant Labonte Law Group PLLC srichards@fkblaw.com  srichards377@gmail.com

Spencer Alvin Richards, III
    on behalf of Cross Defendant Stevan H. Labonte srichards@fkblaw.com  srichards377@gmail.com


TOTAL: 108

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

IN RE:                                                    CASE NO: 1−19−01070−nhl

   McCord v. 5615 Northern LLC et al


       DEBTOR(s)

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS HEREBY GIVEN THAT:**

A transcript of the proceeding held on 12/14/22 was filed on 2/3/23.

The following deadlines apply:

The parties have until February 10, 2023 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is February 24, 2023.

If a Transcript Redaction Request is filed, the redacted transcript is due March 6, 2023.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is May 4, 2023, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber J&J Court Transcribers, Inc. at 609−586−2311 or you may view the document at the public terminal at the Office of the Clerk.


Dated: February 7, 2023


For the Court, Robert A. Gavin, Jr., Clerk of Court


**BLnftransap2.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 02/01/17